## STATE OF CONNECTICUT *v.* CHARLES SPELLS

The defendant's petition for certification for appeal from the Appellate Court, 76 Conn. App. 67 (AC 22730), is denied.

*Louis S. Avitabile,* special public defender, in support of the petition.

*Ronald G. Weller,* assistant state's attorney, in opposition.

Decided September 9, 2003

## CITY OF NEW LONDON *v.* THOMAS J. PICINICH ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 76 Conn. App. 678 (AC 22750), is denied.

*Scott W. Sawyer,* in support of the petition.

*Edward B. O'Connell,* in opposition.

Decided September 9, 2003

## STATE OF CONNECTICUT *v.* ANGEL MORALES

The defendant's petition for certification for appeal from the Appellate Court, 78 Conn. App. 25 (AC 21300), is denied.

NORCOTT and KATZ, Js., dissenting. We would grant the defendant's petition for certification to appeal.

*Martin Zeldis,* senior assistant public defender, in support of the petition.

Decided September 9, 2003